SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEONDRE RAGLIN,

           Plaintiff,

   vs.

LA ESTRELLA MEXICAN
RESTAURANT INC.; BARRY TELIS;
and DOES 1 to 10,

           Defendants.

**Case No.: 5:26-cv-00366-GM-BFM**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LA ESTRELLA MEXICAN RESTAURANT INC.**

    **PLEASE TAKE NOTICE** that Plaintiff DEONDRE RAGLIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant LA ESTRELLA MEXICAN RESTAURANT INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  March 12, 2026                SO. CAL. EQUAL ACCESS GROUP


By:    /s/   Jason J. Kim
         Jason J. Kim
         Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**