UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 26-366-GW-BFMx | Date | May 28, 2026 |
|---|---|---|---|
| Title | *Deondre Raglin v. La Estrella Mexican Restaurant, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 27, 2026, Plaintiff Deondre Raglin filed a Notice of Settlement [19]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 2, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss - and proposed order - is filed by noon on June 28, 2026.

Initials of Preparer   JG         :